STATE OF NEW JERSEY v. FREDERICK FISHER.

May 6, 1975. Petition for certification denied. (See 132 *N. J. Super.* 313).

STATE OF NEW JERSEY v. ALFRED MOORE, JR.

May 6, 1975. Petition for certification denied.

JOSEPH L. MUSCARELLE, INC. v. EDWARD HANSEN, INC.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD L. RECHTSCHAFFER.

May 6, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT D. THRESHER.

May 6, 1975. Petition for certification denied.

MARY HELEN BOURNE v. STATE, DEPARTMENT OF THE TREASURY, DIVISION OF PENSIONS.

May 6, 1975. Petition for certification denied.